JUDGE CASTEL

**07 CV 4602**

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

MAY 31 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
J.S. VOLGA SHIPPING COMPANY,    :
                                :
             Plaintiff,         :   07 Civ.    (   )
                                :
         - against -            :   **FRCP 7.1**
                                :
CENTRAMET TRADING S.A.,         :
                                :
             Defendant.         :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, J.S. Volga Shipping Co., has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated: New York, New York
       May 31, 2007

                                NOURSE & BOWLES, LLP
                                Attorneys for Plaintiff

                                By: _____
                                    Shaun F. Carroll (SC-9898)
                                    One Exchange Plaza
                                    At 55 Broadway
                                    New York, New York 10006
                                    (212) 952-6200