JUDGE CASTEL

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

**07 CV 4602**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
J.S. VOLGA SHIPPING COMPANY,          :
                                      :
                                      :
                 Plaintiff,           :   07 Civ.      (  )
                                      :
         - against -                  :   **AFFIDAVIT IN SUPPORT**
                                      :   **OF ORDER APPOINTING**
                                      :   **PERSONS TO SERVE**
CENTRAMET TRADING S.A.,               :   **PROCESS**
                                      :
                 Defendant.           :
-----------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

SHAUN F. CARROLL, being duly sworn, deposes and says:

1. I am a member of the firm of Nourse & Bowles, LLP attorneys for Plaintiff. It is respectfully requested that the accompanying draft Order appointing Karlene S. Jackson, and/or any other person appointed by Nourse & Bowles, LLP, who are persons over the age of 18 years and not parties to this action, be signed. The appointment is deemed advisable in order to facilitate service because of the shortage of deputy marshals available to make such service expeditiously.

2. In addition, and to avoid the need to repetitively serve the garnishees/banking institutions, Plaintiff respectively seeks leave, as embodied in the accompanying proposed orders, for any Process served on a garnishee to be deemed effective and continuous throughout any given day on which process is served up through the next day, to authorize service by facsimile or email following an initial service of the process by hand, and to deem such facsimile or email service as being accomplished within the district if it is transmitted from within the district.

No previous application has been made for the relief sought.

_____
Shaun F. Carroll (SC-9898)

Sworn to before me this
31st day of May, 2007

_____
Notary Public

JANE COLASURDO
Notary Public, State Of New York
No. 31-4786002
Qualified In New York County
Commission Expires April 30, 2011

2