NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

J.S. VOLGA SHIPPING COMPANY,

                      Plaintiff,      :  07-cv-4602 (PKC)

               - against -      :  **VOLUNTARY DISMISSAL AND ORDER VACATING PROCESS OF MARITIME ATTACHMENT**

CENTRAMET TRADING S.A.,

                      Defendant.

------------------------------------------------------X

       WHEREAS Plaintiff, J.S. Volga Shipping Company ("Plaintiff") filed its complaint on or about May 31, 2007, seeking process of maritime attachment and garnishment to obtain security for claims subject to arbitration in London against defendant, Centramet Trading S.A. ("Defendant");

       AND WHEREAS an Order for Process of Maritime Attachment and Garnishment of Defendant's property was issued on or about May 31, 2007;

       AND WHEREAS no answer or motion by Defendant for summary judgment has been served;

IT IS HEREBY ORDERED that,

1. The action is voluntarily dismissed without prejudice and without costs to either party against the other;

2. The Process of Maritime Attachment previously issued in this action is vacated; and

3. Any and all garnishees holding any attached funds of Defendant in this case are directed to release same from attachment.

Dated: New York, New York
July 23, 2007

> NOURSE & BOWLES, LLP
> Attorneys for Plaintiff
>
> By: _[signature]_
> Shaun F. Carroll (SC-9898)
> One Exchange Plaza
> At 55 Broadway
> New York, New York 10006
> (212) 952-6200

SO ORDERED:

_[signature]_
Hon. P. Kevin Castel
U.S.D.J.

7-25-07